UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, | ) ) ) |
| Plaintiff, | ) ) No. 21 C 5151 |
| v. | ) ) Judge Lefkow |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) ) ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

The court being advised that the parties have resolved this case, it is hereby ORDERED as follows:

1. This case is dismissed with prejudice; and

2. Defendant shall pay plaintiff $402 in full and complete satisfaction of any and all claims for attorney's fees, costs, expenses, interest, and/or any other sums arising in this litigation.

E N T E R: _____
Joan H. Lefkow
United States District Judge

Dated: May 17, 2022